USCA1 Opinion

 

 December 28, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1620 RAUL CRUZ-ROSADO, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., U.S. District Judge] ___________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Juan A. Hernandez Rivera and Raymond Rivera Esteves on brief for ________________________ _______________________ appellant. Guillermo Gil, United States Attorney, Maria Hortensia Rios, _____________ ______________________ Assistant U.S. Attorney, and Robert M. Peckrill, Assistant Regional ___________________ Counsel, Social Security Administration, on brief for appellee. ____________________ ____________________ Per Curiam. We affirm substantially for the reasons ___________ stated by the district court. In addition, we note the following. The ALJ was not bound by the 1980 RFC, an RFC completed prior to an operation the ALJ supportably concluded was successful. On the scant evidence before him, the ALJ could permissibly conclude that claimant had failed adequately to demonstrate that claimant's ability to walk/stand was significantly compromised. Even if claimant developed a hernia and another varicose vein some months later, the ALJ was not required to find that claimant was disabled prior to the expiration of insured status in view of the sparse medical evidence. Affirmed. Loc. R. 27.1. ________ -2-